Case 3:18-cv-02822-WHA   Document 88   Filed 06/18/20   Page 1 of 2

RECEIVED
JUN 18 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

FILED
JUN 11 2020
SUSAN M. SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

C18-2822WHA

# UNITED STATES BANKRUPTCY APPELLATE PANEL
# OF THE NINTH CIRCUIT

| | |
|---|---|
| In re: <br><br> BRUGNARA PROPERTIES VI, <br><br> Debtor. | BAP No.   NC-20-1056 <br><br> Bk. No.   17-30501 |
| LUKE BRUGNARA, <br><br> Appellant, <br><br> v. <br><br> JANINA M. HOSKINS, Chapter 7 Trustee, <br><br> Appellee. | ORDER TRANSFERRING IFP MOTION AND CERTIFICATION TO DISTRICT COURT |

Before: GAN and FARIS, Bankruptcy Judges.

Appellant filed a motion for leave to proceed *in forma pauperis* with respect to this appeal ("IFP Motion"). An order was issued by the BAP Clerk, giving the bankruptcy court the opportunity to make a certification under 28 U.S.C. § 1915(a)(3) regarding whether the appeal is frivolous. The bankruptcy court issued a certification that the appeal is not taken in good faith. Bankruptcy Court Docket at 513.

Therefore, appellant's IFP Motion is hereby TRANSFERRED to the United States District Court for the Northern District of California for the limited purpose of ruling on the IFP Motion. It is appellant's responsibility

to take all necessary steps to have the IFP Motion considered by the district court within a reasonable period of time.

No later than **Monday, July 13, 2020**, appellant must file with the Panel and serve on opposing counsel a written response which includes as an exhibit a copy of the district court's order on the IFP Motion or an explanation of the steps appellant has taken to have the IFP Motion considered by the district court. For the convenience of the district court, copies of the notice of appeal, the order on appeal, the certification, and the IFP Motion are attached to this order.

Appellant Luke Brugnara's obligation to file an opening brief and excerpts of the record is hereby EXTENDED until FOURTEEN (14) days after resolution of the IFP motion by the district court.

Failure to comply with the requirements of this order may result in dismissal of this appeal for lack of prosecution without further notice to the parties.

An order regarding prosecution of this appeal and the related appeals will be entered concurrently with the entry of this order.